DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VELVET RENARD LEGRANDE, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VELVET RENARD LEGRANDE, III<br><br>　　　　Defendant. | NO. 1:08-cr-00227 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date: August 21, 2009<br>Time: 9:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for August 7, 2009, **may be continued to August 21, 2009, at 9:00 a.m.**

Defendant Legrande has requested counsel to continue the sentencing hearing. Defense counsel had an emergency situation in another case involving the shooting death of an in-custody client's 10-year-old stepson. This situation involved coordination with the client, his family and law enforcement in an effort to keep the client informed of the situation as it evolved.

Further, counsel filed the sentencing memorandum on August 3, one working day after the July 31 deadline. The memorandum includes, in addition to information filed as informal objections, additional information on the new bill from Congress as grounds for mitigation.

///

1   Lastly, the continuance is brief and will provide judicial expediency, as counsel for the government
2   will have the  sufficient amount of time to response to the new issued presented. AUSA Kevin Rooney has
3   no objection to the continuance.

4   Exclusion of time to complete sentencing is not required.

5                                                                   LAWRENCE G. BROWN
                                                                    Acting United States Attorney
6

7   DATED: August 4, 2009                         By   /s/ Kevin P. Rooney
                                                       KEVIN P. ROONEY
8                                                      Assistant United States Attorney
                                                       Attorney for Plaintiff
9

10                                                                  DANIEL J. BRODERICK
                                                                    Federal Defender
11

12  DATED: August 4, 2009                         By   /s/ Melody M. Walcott
                                                       MELODY M. WALCOTT
13                                                     Assistant Federal Defender
                                                       Attorney for Defendant
14                                                     VELVET RENARD LEGRANDE, III

15

16                                        **ORDER**

17  Good Cause has been established.  Request granted.

18

19

20
    IT IS SO ORDERED.
21
    **Dated:    August 4, 2009**                   /s/ Lawrence J. O'Neill
22                                                 UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28